**Opinion issued April 14, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————

NO. 01-15-00201-CR
NO. 01-15-00202-CR
NO. 01-15-00203-CR
NO. 01-15-00204-CR
NO. 01-15-00205-CR

————————

**CODY CRYMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 253rd District Court
Chambers County, Texas
Trial Court Cause Nos. 17161, 17162, 17163, 17164 and 17165

**MEMORANDUM OPINION**

Counsel for appellant, Cody Crymes, has filed a motion to dismiss these appeals. *See* TEX. R. APP. P. 42.2(a). Crymes has signed the motion to dismiss. We have not issued a decision in the appeals.

Accordingly, we dismiss the appeals. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of the date of this opinion. *See* TEX. R. APP. P. 18.1.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

Do not publish. TEX. R. APP. P. 47.2(b).